# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shannon Lee Durham,

    Plaintiff(s),

vs.

FNU Moore,
Sgt. at Brown Creek Correctional,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-178-2

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/3/05 Order.

May 3, 2005

FRANK G. JOHNS, CLERK

BY: *Betsy Wallace*
Betsy Wallace, Deputy Clerk

4